The Law Offices Of
FRANKLIN S. MONTERO, LLC.

451 Clifton Avenue
Clifton, New Jersey 07011***

515 Madison Avenue, 6th Floor
New York, NY 10022

Tel: (973) 777-8718
Fax: (973) 777-1710
Web: fmonterolaw.com
***Mail Reply to Clifton Office

**Franklin S. Montero***
*NY, NJ & PA BAR

SO ORDERED this 17th day
of July 20 26
Christine P. O'Hearn
United States District Judge

July 17, 2026

**Via ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

**Re:** ***Hernandez Ramirez v. Benzel, et al.***
**Civil Action No. 1:26-cv-08728 (CPO)**

Dear Judge O'Hearn:

I write to respectfully request that the letter filed in the above-captioned matter on July 17, 2026, at ECF No. [ECF NO.], be withdrawn and stricken from the docket. The letter was inadvertently filed in this case due to a clerical error in the electronic filing process.

The letter pertains to a different matter, Maria Elena Ordonez Manosalva v. Todd Blanche, et al., Civil Action No. 1:26-cv-06636 (RMB), pending before Chief Judge Bumb, and has no relation to the above-captioned case. The letter has been (or will be) properly filed on the docket of the correct matter.

I apologize to the Court and to counsel for any confusion this filing error may have caused, and I respectfully request that the Clerk's Office remove or strike ECF No. [ECF NO.] from the docket of this case.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

/s/ Franklin S. Montero
**FRANKLIN S. MONTERO, ESQ.**

cc: All counsel of record (via ECF)